FIGUEROA, RECURRENTE, *v.* EL REGISTRADOR DE ARECIBO, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de Arecibo denegando en parte la agrupación de fincas.

No. 234.—Resuelto en julio 7, 1915.

INSCRIPCIÓN DE TÍTULOS — AGRUPACIÓN DE FINCAS — DIFERENCIAS DE CABIDA — MENSURA.—En este caso fué presentada al registrador para su inscripción una escritura de agrupación de seis porciones de terreno, colindantes entre sí, compuestas, según los títulos de adquisición, de 198½ cuerdas, y según mensura practicada últimamente por un geómetra, con citación de los due-

ños de los predios colindantes, de 212 cuerdas, estando la finca descrita en su totalidad por sus linderos en la forma ordinaria. Habiendo el registrador denegado la agrupación solicitada en cuanto al número de cuerdas en exceso que aparecieron de la mensura, *se resolvió:* que la nota recurrida no podía ser sostenida, aplicando la doctrina establecida en *Cobb* v. *El Registrador,* 12 D. P. R., 218, y las autoridades. 1 Galindo (Edición de 1903) pág. 581 y Odriozola, págs. 774, 775.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Manuel Paz Urdaz.*

El registrador recurrido, Sr. Felipe Cuchí, compareció en nombre propio.

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

En una escritura que fué presentada al Registrador de la Propiedad de Arecibo para su inscripción fueron agrupadas seis porciones de terreno colindantes entre sí formando una sola finca "compuesta según los títulos de adquisición de 198 cuerdas y media, equivalentes a 78 hectáreas, 41 áreas, 84 centiáreas, y según mensura practicada últimamente por el geómetra Señor Arturo Giràu, con citación de. los dueños de los predios colindantes, su exacta medida superficial es la de 212 cuerdas, equivalentes a 83 hectáreas, 32 áreas, 50 centiáreas de terreno llano y quebrado a pastos y con plantaciones de café, plátanos y cañas de azúcar." En la escritura se consigna además que "de las expresadas 212 cuerdas de terreno 177 están enclavadas en el barrio Aibonito y 35 en el de Campo Alegre," descrita en su totalidad en la forma ordinaria por sus linderos. La nota del registrador en lo que respecta a la cuestión envuelta en este caso se expresa como sigue:

"Hecha la agrupación que comprende este documento solo en cuanto a la cabida de ciento noventa y ocho cuerdas cincuenta céntimos, al folio 26 del tomo 34 de Hatillo, finca número 1784, inscripción 1a., y denegada la inscripción en cuanto al resto de trece cuerdas cincuenta céntimos de su cabida total, por no aparecer registrada a favor de Don Sebastián Figueroa Colón ni al de otra persona.

No puede ser sostenida la nota. Véase el caso de *Cobb v. El Registrador,* 12 D. P. R., 218; 1 Galindo (Edición de 1903) pág. 581; Odriozola, págs. 774,775.

*Revocada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. del Toro disintió.

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. DEL TORO.

Opino que debe confirmarse la nota recurrida. La jurisprudencia sobre la materia admite que en casos de esta naturaleza el registrador tiene facultades discrecionales, y a mi juicio, las ejercitó debidamente al exigir para variar la medida de la finca, no ya la simple manifestación de la parte interesada hecha en la escritura de agrupación, acerca de que se había practicado una mensura por un geómetra, con citación de los colindantes, sino la mensura misma.